The People of the State of New York, Respondent,
against
Antonio Menelao, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Anthony J. Ferrara, J.), rendered August 23, 2013, convicting him, after a jury trial, of forcible touching, and imposing sentence.




Per Curiam.
Judgment of conviction (Anthony J. Ferrara, J.), rendered August 23, 2013, affirmed.
The verdict convicting defendant of forcible touching (see Penal Law § 130.52[1]) was not against the weight of the evidence (see People v Danielson, 9 NY3d 342 [2007]). Issues of credibility, including the weight to be given to minor inconsistencies in testimony, were properly considered by the jury and there is no basis for disturbing its determination (see People v Romero, 7 NY3d 633 [2006]; People v Baksh, 43 AD3d 1072, 1073 [2007], lv denied 9 NY3d 989 [2007]), in which it credited the testimony of the victim and eyewitness police officer, and found defendant not to be credible (see People v Ramos, 166 AD3d 442 [2018], lv denied 32 NY3d 1177 [2019]). Nor was the testimony of the victim and the officer so implausible as to be incredible as a matter of law (see People v Garafolo, 44 AD2d 86, 88 [1974]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: February 19, 2020